In re BIDDELL. (Circuit Court of Appeals, Second Circuit. November 15, 1901.) No. 25. Appeal from the District Court of the United States for the Southern District of New York. Isaac N. Miller, for appellant. Robert Inch, for appellees. Before WALLACE and LACOMBE, Circuit Judges, and TOWNSEND, District Judge. No opinion. Order of district court, appealed from, reversed in open court.

---

CITY OF NEW ORLEANS v. EQUITABLE LIFE ASSUR. SOC. (Circuit Court of Appeals, Fifth Circuit. December 11, 1901.) In Error to the Circuit Court of the United States for the Eastern District of Louisiana. H. G. Dupree, for city of New Orleans. E. B. Kruttschnitt, for Equitable Life Assur. Soc. Dismissed by agreement.

---

CORTELYOU et al. v. LOWE et al. (Circuit Court of Appeals, Second Circuit. November 14, 1901.) No. 113. Appeal from the Circuit Court of the United States for the Southern District of New York. Joab H. Banton, for appellants. S. O. Edmonds, for appellees. Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. This cause comes here on appeal from an order granting preliminary injunction. The case upon which the order was granted is in its facts practically identical with the one which was before the circuit court of appeals of the Sixth circuit in Heaton Peninsular Button-Fastener Co. v. Eureka Specialty Co., 25 C. C. A. 267, 77 Fed. 288, 35 L. R. A. 728. We fully agree with the opinion of the court in that case, and think the decision should control the case at bar. The order is affirmed, with costs.

---

FIRST NAT. BANK OF BRYAN v. MOORING. (Circuit Court of Appeals, Fifth Circuit. November 18, 1901.) No. 1,004. Appeal from the District Court of the United States for the Northern District of Texas. George Clark and D. C. Bolinger, for appellant. Dismissed by affirmance on motion of appellant.

---

HOSTETTER CO. v. BRUNN. (Circuit Court of Appeals, Ninth Circuit. October 7, 1901.) No. 730. Appeal from the Circuit Court of the United States for the Southern District of California. E. Edgar Galbreth and A. H. Clarke, for appellant. E. R. Annable, for appellee. Dismissed per stipulation of counsel.